**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| William Ulises Mondragon Molina,<br><br>Petitioner,<br><br>-v-<br><br>Raul Maldonado, Jr., *Warden, Metropolitan Detention Center*, Ken Genalo, *Acting Field Office Director, New York City Field Office*, David J. Venturella, *Senior Official Performing the Duties of the Director of U.S. Immigration and Customs Enforcement*, Markwayne Mullin, *Secretary, Department of Homeland Security*, Todd Blanche, *Attorney General of the U.S.*<br><br>Respondents. | 2:26-cv- 03910<br>(NJC) |

## ORDER

NUSRAT J. CHOUDHURY, United States District Judge:

On June 30, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. (*See* ECF No. 1.) Petitioner also filed an Order to Show Cause and Temporary Restraining Order seeking to prohibit Respondents from transferring Petitioner outside the Eastern District of New York while the habeas petition is adjudicated. (ECF No. 2.) For reasons that will be set forth in more detail in a forthcoming opinion and order, Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED IN PART, and this Court hereby ORDERS that Respondents immediately release William Ulises Mondragon Molina from custody.

For the reasons below, which will be set forth in more detail in a forthcoming opinion, Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241 is GRANTED IN PART, and this Court hereby ORDERS that Respondents immediately release William Ulises Mondragon Molina from custody. The Court FURTHER ORDERS that Respondents must

coordinate with Petitioner's counsel and thereafter release Petitioner, without any conditions, including but not limited to the condition of electronic monitoring (whether GPS monitoring, the ISAP mobile phone application, or any other form), into the physical care of their counsel or another mutually agreed upon person at the earliest possible time agreed upon by the parties, but no later than **7:00 PM tonight, July 1, 2026**. Respondents must release Petitioner with all of his belongings that are in Respondents' possession, including but not limited to all identification and work authorization cards, clothing, and money. Respondents shall confirm compliance with these directives, including by identifying the individual to whom Petitioner was released, in a filing on the docket by **11:59 P.M. tonight, July 1, 2026**.

The Court FURTHER ORDERS that Respondents shall not deny Mr. Molina bond in any subsequent custody determination or custody redetermination proceeding under 8 U.S.C. § 1226(a) absent a change in relevant circumstances consistent with this Order.

The Show Cause hearing scheduled for Monday, July 6, 2026 at 1:00 PM in the Alfonse D'Amato U.S. Courthouse is therefore adjourned. The matter is held in abeyance.

Dated: Central Islip, New York
      July 1, 2026

*/s/ Nusrat J. Choudhury*
NUSRAT J. CHOUDHURY
United States District Judge

2